IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3093 |
| vs. | JUDGMENT |
| ERICA J. CUSHING, | |
| Defendant. | |

In accordance with the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 60) is dismissed.

Dated this 20th day of December, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge